

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00467-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Pedro J. **ARCINIEGA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-10713
Honorable Norma Gonzales, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellee Pedro J. Arciniega recover his costs of the appeal from appellant City of San Antonio.

SIGNED January 15, 2020.

_____
Irene Rios, Justice